ACCEPTED
05-14-01308-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/26/2015 10:37:25 AM
LISA MATZ
CLERK

## NO. 05-14-01308-CR
## NO. 05-14-01309-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/26/2015 10:37:25 AM
LISA MATZ
Clerk

| | |
|---|---|
| **GERARDO DE LACRUZ** | § IN THE COURT OF APPEALS |
| **V.** | § FOR THE FIFTH DISTRICT |
| **STATE OF TEXAS** | § OF TEXAS AT DALLAS |

## MOTION FOR AN EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW,  Gerardo De LaCruz,** Appellant in the above named cause numbers, by and through his duly appointed attorney on appeal, and requests that this Court extend the time for filing Appellant's brief from March 28, 2015 to April 27, 2015.

## I.

In trial case number F12-22418, on September 18, 2014, Appellant was pled not guilty to the indictment and was convicted by a jury in the 265th Judicial District Court in Dallas County, Texas of Indecency with a Child by Contact. (CR1: 75[1]).  The jury assessed punishment at 12 years' imprisonment.  (CR1: 75). Appellant subsequently filed a timely notice of appeal. (CR1: 89-90).

---

[1] CR1 refers to the District Court Clerk's record in F12-22418.

In trial case number F13-21654-R, on September 18, 2014, Appellant pled not guilty to the indictment and was convicted by a jury in the 265th Judicial District Court in Dallas County, Texas of Indecency with a Child by Contact. (CR2: 39[2]). The jury assessed punishment at 12 years' imprisonment. (CR2: 39). Appellant subsequently filed a timely notice of appeal. (CR2: 37-38).

## II.

The due date for Appellant's Brief is March 28, 2015.

## III.

Appellant requests an extension of time of thirty (30) days in which to file his Brief. No previous extension of time has been requested by Appellant.

## IV.

Appellant submits that a reasonable explanation exists for this requested extension. Appellant relies on the following facts to reasonably explain why the brief has not yet been prepared and the need for an extension of time in which to file Appellant's Brief:

(1) The undersigned attorney filed a petition for discretionary review in cause number PD-1541-14 styled *Leonardo Geronimo Renteria*

---

[2] CR2 refers to the District Court Clerk's record in F13-21654.

*Sanchez v. State of Texas* on December 18, 2014 pending in the Texas Court of Criminal Appeals, Austin, Texas.

(2) The undersigned attorney filed a brief in cause number 05-13-01710-CR styled *Errington Charles Hatch v. State of Texas* on January 31, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(3) The undersigned attorney filed a brief in cause number 08-14-00208-CR styled *Danielle Lozono v. State of Texas* on February 17, 2015 pending in the 8th District Court of Appeals, El Paso, Texas.

(4) The undersigned attorney filed a brief in cause number 05-14-00447/00448/00449/00450/00451-CR styled *Chason Matthew Oden v. State of Texas* on February 20, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(5) The undersigned attorney filed a brief on March 4, 2015 in cause number 05-14-00720-CR styled *Raymond Edwards III v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

(6) The undersigned attorney filed a brief in cause numbers 05-14-00331/00332/00333/00334-CR styled *Neko Boykin v. State of Texas* on March 13, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(7) The undersigned attorney filed a brief in cause numbers 05-14-00101-CR styled *Natalio Juarez, Jr. v. State of Texas* on March 20, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(8) The undersigned attorney is preparing a brief in cause numbers 05-14-01050-CR styled *Ronnie Creig Wilson v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

**V.**

This Motion is not brought for purposes of delay but so that the appellate record can be read and evaluated, and so that the legal and factual issues presented by the appellate record can be properly briefed and presented to this Court on Appellant's behalf.

WHEREFORE, Appellant requests this Court extend Appellant's deadline to file its brief to April 27, 2015.

Respectfully submitted,

/s/ *Nanette Hendrickson*

Lynn Pride Richardson
Chief Public Defender
Dallas County, TX

Nanette Hendrickson
Assistant Public Defender
Texas State Bar No. 24081423
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207-4399
(214) 653-3582 *(phone)*
(214) 653-3539 *(fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic service at DCDAAppeals@dallascounty.org on March 26, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson